UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CLIFTON LAURELL FORD,

                    Plaintiff,          10 Civ. 3800

  -against-                                     OPINION

DEPARTMENT OF SOCIAL SERVICES (DSS),
NEW YORK STATE OFFICE OF CHILD SUPPORT
ENFORCEMENT, CHILD SUPPORT ENFORCE-
MENT UNIT (CSEU), SUPPORT COLLECTION
UNIT (SCU), and JANICE ADEL DYE,

                    Defendants.

------------------------------------------X

**Sweet, D.J.**

      To correct an inadvertent omission, the Opinion filed on March 17, 2011 is hereby amended to reflect the appearance of Elizabeth Cohen on behalf of the Office of the New York State Attorney General, as attorney for Defendant New York Office of Temporary and Disability Assistance, Division of Child Support Enforcement.

      It is so ordered.

**New York, NY**
**March 21, 2011**

                                  ROBERT W. SWEET
                                      U.S.D.J.